UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Grand Jury Subpoenas
04-124-03 and 04-124-05                         CASE NO. 04-73533
                                     /
　　　　　　　　　　　　　　　　　　　　　　　　PAUL D. BORMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


ORDER
(1) APPOINTING SPECIAL MASTER: RICHARD C. KRAUS, ESQ.
(2) SETTING DATE FOR HEARING TO IMPLEMENT SIXTH CIRCUIT MANDATE:
WEDNESDAY, AUGUST 16, 2006 AT 11:00 a.m.

　　　　Pursuant to the July 13, 2006 opinion of the United States Court of Appeals for the Sixth Circuit, this Court has appointed a Special Master, Richard Krause, Esq. of the firm Smith Haughey Rice & Roegge, 3497 Coolidge Road, East Lansing, MI.

　　　　Mr. Kraus and necessary staffing from his firm will carry out the mandate of the Sixth Circuit Judgment to "conduct the first mechanical review of the implicated documents."

　　　　Further, pursuant to the Sixth Circuit opinion, Mr. Larry Winget and seven companies affiliated with Winget (Affiliated Companies) will be responsible for the Special Master's fees and costs.

　　　　The Court sets Wednesday, August16, 2006, at 11:00 a.m. for a hearing to implement the Sixth Circuit Mandate.  All parties must be present.

　　　　SO ORDERED.


                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  July 28, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 28, 2006.

                                                s/Denise Goodine
                                                Case Manager