UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re GRAND JURY SUBPOENA,           CASE NO. 04-X-73533

                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

_____/

## ORDER TO PARTIES

Special Master Richard C. Kraus has informed the Court that the parties have indicated a willingness to have him initially review the documents subject to privilege claims, and to submit a report and recommendation to the Court on those claims. The Court concurs with this proposed procedure.

Since such a role is not within the present scope of Mr. Kraus' appointment as a special master, if the parties wish to utilize this procedure and compensate him for this additional work, please draft a stipulation of agreement signed by <u>all</u> of the parties and forward it to the Court by September 20, 2007.

       SO ORDERED.

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: September 7, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 7, 2007.

                                                s/Denise Goodine
                                                Case Manager